**Keith D. Karnes**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
1599 State St.
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRIAN GUNDERSON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>CREDITORS INTERCHANGE<br>RECEIVABLE MANAGEMENT, LLC;<br><br><br>　　　　　　　　　　Defendant.<br>_____ | Case No.   6:09-cv-6072<br><br>STIPULATED NOTICE OF DISMISSAL |

    Pursuant to Fed. R. Civ. Pro 41(a)(1), the parties stipulate to the dismissal of this action with prejudice and without fees or costs to either party.

    DATED: January 5, 2010　　　　　/s/ Keith D. Karnes
　　　　　　　　　　　　　　　　　　　　　Keith D. Karnes
　　　　　　　　　　　　　　　　　　　　　OSB # 03352
　　　　　　　　　　　　　　　　　　　　　503-362-9393
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson
OSB# 872419
503-255-5352
Attorney for Defendant

STIPULATED NOTICE OF DISMISSAL                                    Page 2

CERTIFICATE OF SERVICE

    I, Allison H. Zeyer, certify that I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey I. Hasson    hasson@dhlaw.biz, cross@dhlaw.biz, davenport@dhlaw.biz, liz@dhlaw.biz


DATED: January 6, 2010


        /s/ Allison H. Zeyer
        Allison H. Zeyer
        Assistant for Attorney Keith D. Karnes