UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FILED & ENTERED 1/13/10

BRIAN GUNDERSON,

**Plaintiff,**

v.

Civil No. 09-6072-TC

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC,

**Defendant.**

**JUDGMENT**

This action is dismissed.

Dated: January 13, 2010.

MARY MORAN, CLERK OF COURT

by   s/L. Brinn
     L. Brinn, Deputy

**JUDGMENT**